# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHARLES HEFLEBOWER, | CASE NO. 1:12-cv-01671-AWI-SMS |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| J.P. MORGAN CHASE BANK, N.A., *et al.*, | |
| Defendants. | (Doc. 2) |

By a motion filed October 12, 2012, Plaintiff John Charles Heflebower seeks to proceed *in forma pauperis*. Plaintiff submitted an affidavit indicating income, apparently derived from self-employment by JCH Group, L.L.C., totaling $12,000 annually, plus rents totaling $2450 monthly ($29,400 annually), for total annual income of $41,400. Plaintiff claimed to have only $125 cash in checking or savings accounts but reported that owns three parcels of real property. He has no dependents.

Plaintiff's assets and monthly income do not support a conclusion that he is financially unable to pay the filing fees in this case. Accordingly, the Court DENIES Plaintiff's motion to proceed *in forma pauperis* and directs Plaintiff to submit full payment of the filing fees for this case within seven (7) days of this order.

IT IS SO ORDERED.

**Dated:   October 16, 2012**           /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

1