John Charles Heflebower, Plaintiff ProSe
9653 N. Sharon
Fresno, CA 93720
(559) 312-3750



**FILED**

FEB 1 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHARLES HEFLEBOWER, | ) Case No.: 1:12CV 01671 AWI SMS |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JP MORGAN CHASE BANK, NA; CHASE | ) |
| HOME FINANCE LLC; WASHINGTON | ) |
| MUTUAL BANK FA; TITLE TRUST DEED | ) |
| SERVICE COMPANY; and Does 1-20 inclusive; | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S VERIFIED REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS
### JP MORGAN CHASE BANK, NA;
### CHASE HOME FINANCE LLC;
### WASHINGTON MUTUAL BANK FA;
### TITLE TRUST DEED SERVICE COMPANY

1

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST ALL DEFS

1.      Plaintiff requests Clerk's Entry of Default pursuant to Fed.R.Civ.P. 55(a) and so moves

accordingly against Defendants JP MORGAN CHASE BANK, NA; CHASE HOME FINANCE

LLC; WASHINGTON MUTUAL BANK FA; TITLE TRUST DEED SERVICE COMPANY.

2.      All four named Defendants "waived their right to service of the summons and complaint

when they appeared in this action without reserving the claim that they had not been served." See

[19] Order. All four named Defendants appeared on November 15, 2012 by filing [12]

Opposition to [6] Motion for Temporary Restraining Order.

3.      Defendants have failed to answer the Complaint, or move to dismiss, and the time to

answer or move has run.

**WHEREFORE**, plaintiff prays for Entry of Default against Defendants JP MORGAN

CHASE BANK, NA; CHASE HOME FINANCE LLC; WASHINGTON MUTUAL BANK FA;

TITLE TRUST DEED SERVICE COMPANY.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on $\underline{~~~~02~~~~}$ / $\underline{~~13~~}$ /2013

John Charles Heflebower, Plaintiff ProSe

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST ALL DEFS

2

## CERTIFICATE OF SERVICE

I hereby certify that on the date last written below, I served a copy of the foregoing by
fax and/or first class U.S. mail to the following parties:

TITLE TRUST DEED SERVICE COMPANY and
JPMORGAN CHASE BANK, NA for
itself, as successor by merger to CHASE
HOME FINANCE LLC, and as an
acquirer of certain assets and liabilities of
WASHINGTON MUTUAL BANK, FA
from the Federal Deposit Insurance
Corporation acting as Receiver,
*erroneously sued as separate entities*
c/o S. CHRISTOPHER YOO
c/o ALINE M. GULESSERIAN
c/o ALVARADO SMITH, P.C.
1 MacArthur Place, Suite 200
Santa Ana, California 92707

TITLE TRUST DEED SERVICE COMPANY and
JPMORGAN CHASE BANK, NA for itself, as successor
by merger to CHASE HOME FINANCE LLC, and as an
acquirer of certain assets and liabilities of
WASHINGTON MUTUAL BANK, FA from the Federal
Deposit Insurance Corporation acting as Receiver,
*erroneously sued as separate entities*
c/o Tina Naicker
Bryan Cave, LLP
333 Market Street, 25th Floor
San Francisco, CA 94105

DATE: __ / __, 2013

Name of Person Completing Service

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST ALL DEFS

3