**BRYAN CAVE LLP**
Daniel T. Rockey, California Bar No. 178604
Tina L. Naicker, California Bar No. 252766
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
E-Mail:       naickert@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. (for itself and as successor by merger to Chase Home Finance, LLC).

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHARLES HEFLEBOWER,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, NA; CHASE HOME FINANCE LLC; WASHINGTON MUTUAL BANK FA; TITLE TRUST DEED SERVICE COMPANY; and DOES 1-20 inclusive,<br><br>        Defendants. | Case No. 1:12-CV-1671-AWI-SMS<br><br>**DECLARATION OF TINA L. NAICKER IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINITFF'S REQUEST FOR ENTRY OF DEFAULT AND LEAVE TO FILE RESPONSIVE PLEADING** |

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

I, Tina L. Naicker, declare:

1.    I am an attorney licensed to practice law in the State of California and an attorney with the law firm of Bryan Cave LLP, counsel of record for Defendants JPMORGAN CHASE BANK, N.A. (for itself and as successor by merger to Chase Home Finance, LLC) ("Chase"). I make this declaration in support of Defendants' Joint Opposition to Plaintiff's Request for Entry of Default and Leave To File Responsive Pleading. I have personal knowledge of the matters set forth in this Declaration and if called upon to testify in court, I could and would competently do so.

2.    On or around January 14, 2013, Plaintiff provided a "Good-Faith Offer" to pay the total amount due. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's correspondence to me, dated January 14, 2013.

3.    After several unsuccessful attempts to reach Plaintiff by telephone. I responded to the Plaintiff's "Good-Faith Offer" on January 24, 2013. Attached hereto as **Exhibit B** is a redacted copy of my correspondence to Plaintiff, dated January 24, 2013.

4.    On or around January 30, 2013, Plaintiff provided a second request for "Good-Faith Offer" to pay the total amount due. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff's correspondence to me, dated January 30, 2013.

5.    On or around February 4, 2013, I attempted to contact Plaintiff regarding his second request for "Good Faith Offer," to ensure that he had received Chase's response. Plaintiff, however, refused to speak to me and indicated he wished to keep all correspondences in writing and hung-up the phone without any further communication.

6.    Thereafter, upon Plaintiff's request, I again responded in writing to Plaintiff's "Good Faith Offer," on February 5, 2013. Attached hereto as **Exhibit D** is a redacted copy of my correspondence to Plaintiff, dated February 5, 2013.

///

///

///

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

DECLARATION OF TINA L. NAICKER IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION

1       7.      Plaintiff did not respond to my February 5, 2013 correspondence.

2      I declare under penalty of perjury under the laws of the United States that the facts set forth

3 above are true and correct.

4      Executed this 15th day of February, 2013, in San Francisco, California.

                  /s/ Tina L. Naicker

                  Tina L. Naicker

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

DECLARATION OF TINA L. NAICKER IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION

# EXHIBIT A

# John Charles Heflebower
### c/o 9653 N Sharon,
### Fresno California 93720

## <u>GOOD-FAITH OFFER TO PAY THE TOTAL AMOUNT DUE</u>

January 12, 2013

To:     All Related Lenders, Servicers and Trustees

Title Trust Deed Service Company
26679 W. Agoura Road suite 225
Calabasas, CA. 91302
Cert. Mail #7011 2000 0001 60647762
Attn: Arlene Behr, Manager

RE: Loan/Account No. 688782309, for 5803 W. Shaw Ave Fresno California 93722

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT.
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

To all related lenders, servicers and trustees, c/o JP Morgan Chase Bank, N.A.:

I, the undersigned, John Charles Heflebower, hereby make this good-faith OFFER TO PAY THE TOTAL AMOUNT DUE on the above indicated Loan/Account.

Due to the large amount of cash involved, and the need for accuracy, I reasonably need an itemized and Verified PAYOFF STATEMENT, including any and all, principal, interest, taxes, insurance, late fees, penalties, escrow fees, and/or other charges actually due and payable on a future date set certain.

I also need the actual address wherein I can take the total amount of cash due to exchange for my *original* Trust Deed and Promissory Note in order to complete our transaction.

If this final transaction is to be held at a third-party escrow company, I will also need to know their name, address, and phone number to be able to fulfill my part of the obligation in this good-faith final transaction.

I am also requesting that this material information be presented to me

within a reasonable ten (10) days as **TIME IS OF THE ESSENCE**.

Sincerely,

John Charles Heflebower

COPY TO:

Bryan Cave, LLP, Tina Naicker ESQ. 333Market Street, 25th floor, San Francisco, California 94105
Cert. Mail #7011 2000 0001 6064 7748

JP Morgan Chase Bank, Bernetha R Mathias 800 Brooksedge Boulevard Westerville, OH 43081
Cert. Mail #7011 2000 0001 6064 7755

Title Trust Deed Service Company Errol Stillman 26679 W. Agoura Road suite 225 Calabasas, CA. 91302
Cert. Mail #7011 2000 0001 6064 4488

California Reconveyance Company Debra P Brignac, President 9200 Oakdale Avenue
Mail stop: CA2-4379 Chatsworth, CA 91311
Cert. Mail #7011 2000 0001 6064 7779

JPMorgan Chase & Co. James Dimon, CEO Office of the Secretary, 270 Park Avenue, 38th Floor NY, NY 10017

Title Trust Deed Service Company, Eddie Tlaseca 26679 W. Agoura Road suite 225 Calabasas, CA. 91302

Clement Durkin JP Morgan Chase Bank, N.A. 800 Brooksedge Boulevard Westerville Ohio, 43081

**OFFER TO PAY THE TOTAL AMOUNT DUE** - John Charles Heflebower

# EXHIBIT B



Tina L. Naicker
Direct: (415) 675-3477
NaickerT@bryancave.com

January 24, 2013

Bryan Cave LLP
333 Market Street, 25th Floor
San Francisco, CA 94105
Tel (415) 675-3400
Fax (415) 675-3434
www.bryancave.com

**VIA FEDEX**

John Charles Heflebower
9653 N. Sharon
Fresno, California 93720

Bryan Cave Offices

Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Re:    *Heflebower v. JPMorgan Chase Bank, N.A. et al.,*
       USDC – ED Case No. 1:12 CV 01671

Dear Mr. Heflebower,

      As you are aware, I represent JPMorgan Chase Bank, N.A. for itself and as successor by merger to Chase Home Finance, LLC ("Chase") in the above-referenced action.

      I am in receipt of the "Good Faith Offer to Pay Total Amount Due" received at our office or around January 15, 2013, whereby you have requested an itemized pay-off quote for the total amount due on your loan (Loan No. 688782309).

      I have tried to contact you several times regarding this "Good Faith Offer," but have not heard back from you. If you have different contact information than what is on your complaint, please provide your updated contact information.

      Attached, please find an itemized pay-off quote for the total amount due, as requested. Please note, however, that upon satisfaction of your loan, Chase has thirty (30) days to reconvey the Deed of Trust pursuant to California Code of Civil Procedure §2941, and deliver the original note upon your written request. In addition, there are certain lien release procedures that follow from pay-off of the loan, which will need to occur first. Accordingly, upon receipt of the full pay-off amount, Chase will, in accordance with California law, release the original note and reconvey the Deed of Trust to you. However, this cannot be done as a simultaneous exchange with your pay-off, as requested.

      You may mail or drop off the full payment to my attention at our office, located at 333 Market Street, San Francisco, California 94105 before February 21,

Bryan Cave
International Consulting
*A TRADE AND CUSTOMS CONSULTANCY*
www.bryancaveconsulting.com

Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

122785.1

John Charles Heflebower

Bryan Cave LLP

January 24, 2013
Page 2

2013. I will confirm receipt and send to Chase for processing to initiate lien-release procedures. Please let me know if that arrangement will work for you.

## Redacted

To the extent that this matter does not settle by the pay-off. I do note that Chase has still not been served with the Complaint, or at least there is no proof of service on file that I can see on the Court's docket. If you did serve Chase, please provide proof of service. In my previous conversation with you, you stated that you were still awaiting for issuance of the Summons by the Court. If you have not yet received the Summons, Chase will agree to waive service and you can simply provide two copies of Notice of Waiver of Service/Acknowledgment of Service for Chase to execute and I will return it to your attention.

If you have any other questions or concerns, please do not hesitate to contact me.

Very truly yours,

Tina L. Naicker
Enclosure

122785.1

**Chase  (OH1-0482)**
3415 Vision Drive
Columbus OH 43219-6009

CHASE

Tuesday, January 22, 2013

JOHN C HEFLEBOWER

Redacted

Redacted

Redacted

 

**package id**
0210679
**ship date**
  Thu, Jan 24 2013
**to**
  John Charles  Heflebower
  c/o 9653 N. Sharon
  Fresno , CA  93720
  United States
  415.675.3481
**residential address**
  No
**return label**
  No

**notification type**
  Delivery
**notification recipients**
  tina.naicker@bryanca...

**from**
  Tina L.  Naicker  (016024)
  Bryan Cave LLP
  333 Market Street
  25th Floor
  San Francisco , CA
    94105
  United States
  663477
**billing**
  JPMC Collared Fixed-
  Fee.Heflebower, John
  Charles
  (C076651.0345046)
**operator**
  Elisa  Anderson
  415-675-3400
  andersone@bryancave.com
**create time**
  01/24/13, 3:15PM

**vendor**
  FedEx
**tracking number**
  794597926302
**service**
  FedEx Priority Overnight®
**packaging**
  FedEx® Envelope
**signature**
  Adult signature required
**courtesy quote**
  13.80
*The courtesy quote does not
reflect fuel surcharge and does
not necessarily reflect all
accessorial charges.*

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2013 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

# EXHIBIT C

## John Charles Heflebower
c/o 9653 N Sharon,
Fresno California 93720

## <u>NOTICE OF DEFAULT AND OPPORTUNITY TO CURE</u>
## <u>WITH NEW GOOD-FAITH OFFER TO PAY</u>
## <u>THE TOTAL AMOUNT DUE</u>

January 30, 2013

To:     All Related Lenders, Servicers and Trustees

c/o Title Trust Deed Service Company
26679 W. Agoura Road suite 225
Calabasas, CA. 91302
Attn: Arlene Behr, Manager
Certified Mail #7012 1010 0000 0291 1896

RE: Loan/Account No. 688782309/ for 5803 W. Shaw Ave Fresno California 93722

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT.
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

To all related lenders, servicers and trustees, c/o JP Morgan Chase Bank, N.A.:

Again, I, the undersigned, John Charles Heflebower, hereby make this new good-faith OFFER TO PAY THE TOTAL AMOUNT DUE.

Under the American laws of Presentment, I am hereby presenting you with my DUE PROCESS NOTICE OF DEFAULT AND OPPORTUNITY TO CURE.

Due to the large amount of cash involved, and the need for accuracy, this new Good-Faith OFFER TO PAY THE TOTAL AMOUNT DUE, is lawfully made with the reasonable condition of your Presentment to the undersigned, of an itemized and Verified PAYOFF STATEMENT, including any and all, principal, interest, taxes, insurance, late fees, penalties, escrow fees, and/or other charges actually due and payable on a future date set certain.

Again, I also sincerely believe that I have a right to see court admissible evidence that would prove that all Trust Deed and Promissory Note transfers from

<u>OFFER TO PAY THE TOTAL AMOUNT DUE</u> - John Charles Heflebower

the original lender to the last purchaser were lawfully endorsed as required by law, rendering the last purchaser as the "holder in due course," and not merely a "holder," and thus has lawful standing to foreclose.

Again, I also need the actual street address wherein I can bring the total amount of cash due, to exchange for my *original* Trust Deed or Mortgage and Promissory Note in order to lawfully complete and finalize this transaction.

Again, if this final transaction is to be held at a third-party escrow company, I will also need to know their name, address, and phone number to be able to fulfill my part of the obligation in this good-faith final transaction.

Again, I am also requesting that this material information be presented to me within a reasonable ten (10) days as **TIME IS OF THE ESSENCE**.

Sincerely,

John Charles Heflebower

Bryan Cave, LLP, Tina Naicker ESQ. 333Market Street, 25th floor, San Francisco, California 94105
Certified Mail #7012 1010 0000 0291 1876

JP Morgan Chase Bank, Bernetha R Mathias 800 Brooksedge Boulevard Westerville, OH, 43081
Certified Mail #7012 1010 0000 0291 1883

Title Trust Deed Service Company Errol Stillman 26679 W. Agoura Road suite 225 Calabasas, CA. 91302
Certified Mail #7012 1010 0000 0291 1890

California Reconveyance Company Debra P Brignac, President 9200 Oakdale Avenue Mail stop: CA2-4379 Chatsworth, CA 91311
Certified Mail #7012 1010 0000 0291 1906

JPMorgan Chase & Co. James Dimon, CEO Office of the Secretary, 270 Park Avenue, 38th Floor NY, NY 10017
**OFFER TO PAY THE TOTAL AMOUNT DUE** - John Charles Heflebower

Title Trust Deed Service Company, Eddie Tlaseca 26679 W. Agoura Road suite 225
Calabasas, CA. 91302

Clement Durkin JP Morgan Chase Bank, N.A. 800 Brooksedge Boulevard
Westerville Ohio, 43081

**OFFER TO PAY THE TOTAL AMOUNT DUE** - John Charles Heflebower

EXHIBIT D



Tina L. Naicker
Direct: (415) 675-3477
NaickerT@bryancave.com

February 5, 2013

**VIA FEDEX**

John Charles Heflebower
9653 N. Sharon
Fresno, California 93720

Re:     *Heflebower v. JPMorgan Chase Bank, N.A. et al.,*
        USDC – ED Case No. 1:12 CV 01671

Dear Mr. Heflebower,

        This follows my telephone call on February 4, 2013.  I attempted to call you to see if you received my correspondence, dated January 24, 2013 in response to your initial "Good Faith Offer to Pay Total Amount Due."  You responded that you wish to keep all correspondences in writing and simply hung up the phone without responding to my question.

        I note that my January 24, 2013 correspondence was delivered to your residence on January 29, 2013, signed by "J. Heflebower," which I presume is you.  The delivery confirmation is attached here for your reference.

        Given that you received my correspondence on January 29, 2013, I disagree with your correspondence, dated January 30, 2013, that Chase is somehow in "default" of your Good Faith Offer.  Indeed, in my January 24, 2013 correspondence, Chase provided you with an itemized pay-off quote for the subject loan, good through February 21, 2013.

        I have re-attached my January 24, 2013 correspondence with the pay-off information again for your reference.  Please respond to us in writing (as you request) no later than **February 13, 2013** whether you intend to pay-off the amount stated in the pay-off quote on or before February 21, 2013.

        If you have any other questions or concerns, please do not hesitate to contact me.   I look forward to your written response.

Very truly yours,

Tina L. Naicker
Enclosures

Bryan Cave LLP
333 Market Street, 25th Floor
San Francisco, CA 94105
Tel (415) 675-3400
Fax (415) 675-3434
www.bryancave.com

Bryan Cave Offices

Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Bryan Cave
International Consulting
*A TRADE AND CUSTOMS CONSULTANCY*

www.bryancaveconsulting.com

Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

124340.1



Tina L. Naicker
Direct: (415) 675-3477
NaickerT@bryancave.com

January 24, 2013

**VIA FEDEX**

John Charles Heflebower
9653 N. Sharon
Fresno, California 93720

Re:     *Heflebower v. JPMorgan Chase Bank, N.A. et al.,*
        USDC – ED Case No. 1:12 CV 01671

Dear Mr. Heflebower,

      As you are aware, I represent JPMorgan Chase Bank, N.A. for itself and as successor by merger to Chase Home Finance, LLC ("Chase") in the above-referenced action.

      I am in receipt of the "Good Faith Offer to Pay Total Amount Due" received at our office or around January 15, 2013, whereby you have requested an itemized pay-off quote for the total amount due on your loan (Loan No. 688782309).

      I have tried to contact you several times regarding this "Good Faith Offer," but have not heard back from you. If you have different contact information than what is on your complaint, please provide your updated contact information.

      Attached, please find an itemized pay-off quote for the total amount due, as requested. Please note, however, that upon satisfaction of your loan, Chase has thirty (30) days to reconvey the Deed of Trust pursuant to California Code of Civil Procedure §2941, and deliver the original note upon your written request. In addition, there are certain lien release procedures that follow from pay-off of the loan, which will need to occur first. Accordingly, upon receipt of the full pay-off amount, Chase will, in accordance with California law, release the original note and reconvey the Deed of Trust to you. However, this cannot be done as a simultaneous exchange with your pay-off, as requested.

      You may mail or drop off the full payment to my attention at our office, located at 333 Market Street, San Francisco, California 94105 before February 21,

Bryan Cave LLP
333 Market Street, 25ᵗʰ Floor
San Francisco, CA 94105
Tel (415) 675-3400
Fax (415) 675-3434
www.bryancave.com

Bryan Cave Offices

Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Bryan Cave
International Consulting
*A TRADE AND CUSTOMS CONSULTANCY*
www.bryancaveconsulting.com

Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

John Charles Heflebower                                    **Bryan Cave LLP**
January 24, 2013
Page 2

2013.  I will confirm receipt and send to Chase for processing to initiate lien-release procedures.
Please let me know if that arrangement will work for you.

# Redacted

      To the extent that this matter does not settle by the pay-off.  I do note that Chase has still not
been served with the Complaint, or at least there is no proof of service on file that I can see on the
Court's docket.  If you did serve Chase, please provide proof of service.  In my previous conversation
with you, you stated that you were still awaiting for issuance of the Summons by the Court.  If you
have not yet received the Summons, Chase will agree to waive service and you can simply provide two
copies of Notice of Waiver of Service/Acknowledgment of Service for Chase to execute and I will
return it to your attention.

      If you have any other questions or concerns, please do not hesitate to contact me.

Very truly yours,

Tina L. Naicker
Enclosure

122785.1

**Chase  (OH1-0482)**
3415 Vision Drive
Columbus OH 43219-6009

**CHASE ◘**

Tuesday, January 22, 2013

JOHN C HEFLEBOWER

Redacted

Redacted

Redacted

PS|Ship - FedEx Label





**package id**
0210679
**ship date**
Thu, Jan 24 2013
**to**
John Charles  Heflebower
c/o 9663 N. Sharon
Fresno , CA  93720
United States
415.675.3481
**residential address**
No
**return label**
No

**notification type**
Delivery
**notification recipients**
tina.naicker@bryanca...

**from**
Tina L.  Naicker  (016024)
Bryan Cave LLP
333 Market Street
25th Floor
San Francisco , CA
94105
United States
663477
**billing**
JPMC Collared Fixed-
Fee.Heflebower, John
Charles
(C076651.0345046)
**operator**
Elisa  Anderson
415-675-3400
andersone@bryancave.com
**create time**
01/24/13, 3:15PM

**vendor**
FedEx
**tracking number**
794597926302
**service**
FedEx Priority Overnight®
**packaging**
FedEx® Envelope
**signature**
Adult signature required
**courtesy quote**
13.80
*The courtesy quote does not
reflect fuel surcharge and does
not necessarily reflect all
accessorial charges.*

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2013 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.



---

**794597926302**

Ship (P/U) date :
**Thur 1/24/2013 4:24 pm**
San Francisco, CA  US



**Delivered**
Signed for by: J.HEFLBOWER

Actual delivery :
**Tues 1/29/2013 9:13 am**
Fresno, CA  US

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **- 1/29/2013 - Tuesday** | | |
| 9:13 am | Delivered | Fresno, CA |
| 8:39 am | On FedEx vehicle for delivery | CLOVIS, CA |
| **- 1/28/2013 - Monday** | | |
| 4:36 pm | At local FedEx facility | CLOVIS, CA |
| 9:59 am | Delivery exception Adult recipient unavailable (21+ years with photo identification) | CLOVIS, CA |
| 8:07 am | On FedEx vehicle for delivery | CLOVIS, CA |
| **- 1/26/2013 - Saturday** | | |
| 1:51 pm | At local FedEx facility | CLOVIS, CA |
| **- 1/25/2013 - Friday** | | |
| 5:07 pm | At local FedEx facility | CLOVIS, CA |
| 9:12 am | Delivery exception Adult recipient unavailable (21+ years with photo identification) | CLOVIS, CA |
| 8:25 am | On FedEx vehicle for delivery | CLOVIS, CA |
| 7:36 am | At local FedEx facility | CLOVIS, CA |
| 2:45 am | Departed FedEx location | OAKLAND, CA |
| **- 1/24/2013 - Thursday** | | |
| 10:11 pm | Arrived at FedEx location | OAKLAND, CA |
| 9:30 pm | Left FedEx origin facility | SAN FRANCISCO, CA |
| 5:15 pm | Shipment information sent to FedEx | |
| 4:24 pm | Picked up | SAN FRANCISCO, CA |

Local Scan Time ▾

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 794597926302 | Service | FedEx Priority Overnight |
| Door tag number | DT103298756855 | Weight | 0.5 lbs |
| Signature services | Adult signature required | Delivered To | Residence |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.2 kgs |
| Shipper reference | C076651/0345046/016024 | | |
| Special handling section | Deliver Weekday, Residential Delivery, Adult Signature Required | Packaging | FedEx Envelope |





*package id*
0212141
*ship date*
Tue, Feb 05 2013
*to*
John Charles  Heflebower
9653 N Sharon Ave
Fresno , CA  93720-1460
United States
415.675.3481
*residential address*
No
*return label*
No

*notification type*
Delivery
*notification recipients*
tina.naicker@bryanca...

*from*
Tina L.  Naicker  (016024)
Bryan Cave LLP
333 Market Street
25th Floor
San Francisco , CA
  94105
United States
663477
*billing*
JPMC Collared Fixed-
  Fee.Heflebower, John
  Charles
  (C076651.0345046)
*operator*
Elisa  Anderson
415-675-3400
andersone@bryancave.com
*create time*
02/05/13, 9:54AM

*vendor*
FedEx
*tracking number*
794679430030
*service*
FedEx Priority Overnight®
*packaging*
FedEx® Envelope
*signature*
Adult signature required
*courtesy quote*
13.80
*The courtesy quote does not
reflect fuel surcharge and does
not necessarily reflect all
accessorial charges.*

*Legal Terms and Conditions*
Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2013 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.