**BRYAN CAVE LLP**
Daniel T. Rockey, California Bar No. 178604
Tina L. Naicker, California Bar No. 252766
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
E-Mail:   daniel.rockey@bryancave.com
          naickert@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. (for itself and as successor by merger to Chase Home Finance, LLC)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHARLES HEFLEBOWER,<br><br>         Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE BANK, NA; CHASE HOME FINANCE LLC; WASHINGTON MUTUAL BANK FA; TITLE TRUST DEED SERVICE COMPANY; and DOES 1-20 inclusive,<br><br>         Defendants. | Case No. 1:12-CV-1671-awi-sms<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

On February 5, 2013, Plaintiff John C. Heflebower requested entry of default against Defendants JPMorgan Chase Bank, N.A. for itself and as successor by merger to Chase Home Finance LLC ("Chase") and Title Trust Deed Service Company ("TTDSC") (collectively, "Defendants"). Defendants oppose the Plaintiff's request for entry of default on the basis that any purported waiver of the service of the Summons and Complaint as by inadvertent error and mistake. Fed. R. Civ. P. 60(b).

The Court being fully advised and good cause appearing therefore,

1.  Plaintiff's Request for Entry of Default is DENIED.

2.  Defendants shall file a responsive pleading to Plaintiff's Complaint on or before February 22, 2013.

**IT IS SO ORDERED.**

Dated: _____ 2013

_____
Magistrate Judge Sandra M. Snyder
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT