**BRYAN CAVE LLP**
Daniel T. Rocket (178604)
Tina L. Naicker (252766)
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434
E-Mail:  naickert@bryancave.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. (for itself and as successor by merger to Chase Home Finance, LLC)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHARLES HEFLEBOWER,<br><br>          Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE BANK, NA; CHASE HOME FINANCE LLC; WASHINGTON MUTUAL BANK FA; TITLE TRUST DEED SERVICE COMPANY; and DOES 1-20 inclusive,<br><br>          Defendants. | Case No. 1:12-CV-1671-AWI-SMS<br><br>**CERTIFICATE OF SERVICE** |

126003\C076651\0345046

CERTIFICATE OF SERVICE – 1:12-CV-1671 AWI SMS

# CERTIFICATE OF SERVICE

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 333 Market Street, 25th Floor, San Francisco, California 94105 and my email address is andersone@bryancave.com.

On February 15, 2013, I caused to be served the following document(s):

**DEFENDANTS' JPMORGAN CHASE BANK, N.A. AND TITLE TRUST DEED SERVICE COMPANY'S JOINT OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND LEAVE TO FILE RESPONSIVE PLEADING**

**DECLARATION OF TINA L. NAICKER IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND LEAVE TO FILE RESPONSIVE PLEADING**

**[PROPOSED] ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

on the interested party in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

John Charles Heflebower          *Plaintiff, In pro per*
9653 N. Sharon Street
Fresno CA  93720

☒ (BY OVERNIGHT DELIVERY) Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

I declare under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed on February 15, 2013, in San Francisco, California.

_/s/ Elisa Anderson_
Elisa Anderson