**BRYAN CAVE LLP**
Daniel T. Rocket, California Bar No. 178604
Tina L. Naicker, California Bar No. 252766
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
E-Mail:        naickert@bryancave.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. (for itself and as successor by merger to Chase Home Finance, LLC)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHARLES HEFLEBOWER,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, NA; CHASE HOME FINANCE LLC; WASHINGTON MUTUAL BANK FA; TITLE TRUST DEED SERVICE COMPANY; and DOES 1-20 inclusive,<br><br>    Defendants. | Case No. 1:12-CV-1671-AWI-SMS<br><br>**DEFENDANT'S COUNSEL'S NOTICE OF UNAVAILABILITY** |

125802\C076651\0345046
NOTICE OF UNAVAILABILITY - Case No. 1:12-CV-1671-AWI-SMS

**TO PRO SE PLAINTIFF:**

**PLEASE TAKE NOTICE** that commencing August 3, 2013 through August 17, 2013, , Tina L. Naicker, counsel for Defendant JPMORGAN CHASE BANK, N.A. (for itself and as successor by merger to Chase Home Finance, LLC), will not be available for any purposes, including but not limited to court proceedings, meetings, receiving notices of any kind, responding to ex parte applications, appearing in court, attending depositions, or attending trial.

Dated: February 15, 2013

BRYAN CAVE LLP
Daniel T. Rockey
Tina L. Naicker

By: _____/s/ *Tina L. Naicker*_____
      Tina L. Naicker
      Attorneys for Defendant
      JPMORGAN CHASE BANK, N.A.

# CERTIFICATE OF SERVICE

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 333 Market Street, 25th Floor, San Francisco, California 94105 and my email address is andersone@bryancave.com.

On February 15, 2013, I caused to be served the below- referenced document:

**DEFENDANT'S COUNSEL'S NOTICE OF UNAVAILABILITY**

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

John Charles Heflebower              *Plaintiff, In pro per*
9653 N. Sharon Street
Fresno CA  93720

☒    BY MAIL:  I caused such envelope to be deposited in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct and that this Proof of Services was executed on February 15, 2013, in San Francisco, California.

             /s/ *Elisa Anderson*
                Elisa Anderson