(SPACE BELOW FOR FILING STAMP ONLY)

Jason J. Stillman, Esq. (245429)
26679 W. Agoura Rd. Suite 225
Calabasas, California 91302
(818) 871-0056; (818) 871-0300 (fax)
jstillman@gmail.com

Attorney for Defendant,
Title Trust Deed Service Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| John Charles Heflebower,<br><br>                          Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A; CHASE HOME FINANCE LLC; WASHINGTON MUTUAL BANK FA; TITLE TRUST DEED SERVICE COMPANY; and DOES 1-20 inclusive,<br><br>                          Defendants. | Case No.: 1:12-CV-01671 AWI-SMS<br><br>Judge: Hon Anthony Ishii<br>Magistrate Judge: Sandra M. Snyder<br><br>NOTICE OF DECLARATION OF TRUSTEE'S NON-MONETARY STATUS; DECLARATION OF RICHARD SAKS |

---

1

NOTICE OF DECLARATION OF TRUSTEE'S NON-MONETARY
STATUS; DECLARATION OF RICHARD SAKS

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT DEFENDANT, TITLE TRUST DEED SERVICE COMPANY (hereinafter "Title Trust Deed"), hereby submits the attached declaration of trustee's non-monetary status pursuant to California Civil Code §2924*l*.

Section 2924*l* provides in pertinent part that:

"[I]n the event that the trustee maintains a reasonable belief that it has been named in the action or proceeding solely in its capacity as trustee, and not arising out of any wrongful acts or omissions on its part in the performance of its duties as trustee, then, at any time, the trustee may file a declaration of nonmonetary status."

Title Trust Deed believes it has been named in the above-entitled action solely in its capacity as trustee under Substitution of Trustee to the Deed of Trust, recorded June 8, 2012 as instrument number 2012-0084333-00 in the official records of the county of Fresno, which is the subject of this action, executed by Plaintiff against the real property commonly known as 5803 W. Shaw Ave. Fresno, CA 93722. The Deed of Trust was recorded on January 25, 2006 as instrument number 2006-0015706 in the official records of the county of Fresno. *See* Declaration of Richard Saks attached hereto and incorporated herein by this reference.

Dated:  February 25, 2013                     Respectfully Submitted

By:_/s/ Jason J. Stillman_____
Jason J. Stillman, Esq.
Attorney for Defendant
Title Trust Deed Service Company
Email: jstillman@gmail.com

2
NOTICE OF DECLARATION OF TRUSTEE'S NON-MONETARY
STATUS;  DECLARATION OF RICHARD SAKS

# DECLARATION OF RICHARD SAKS

I, Richard Saks, declare as follows:

1.      I am employed by Title Trust Deed Service Company ("Title Trust Deed") in the position of Senior Vice President.  I have custody and control of the business records of Title Trust Deed as they relate to the trustee obligations under the Deed of Trust, further described herein, which is the subject of this action, and I am familiar with the manner in which these records are kept.

2.      These records are prepared and maintained in the ordinary course of Title Trust Deed's business by persons employed for the purpose of making such records at or near the time of transaction, and information received by persons with actual knowledge of such transactions.  I have personally reviewed Title Trust Deed's records as they related to the within transaction and the obligation of Title Trust Deed under the subject Deed of Trust, and if called upon to testify in this action, I could and would competently testify thereto.

The records indicate that Title Trust Deed is the trustee under an unrecorded Substitution of Trustee, to the Deed of Trust executed by John C. Heflebower, an Unmarried Man, recorded on January 25, 2006 as instrument number 2006-0015706 in the official records of the county of Fresno.  Said Deed of Trust and the corresponding real property commonly known as 5803 W. Shaw Ave. Fresno, CA 93722, is the subject of this action.  Title Trust Deed has been named as a defendant in the case entitled John Charles Heflebower,v. JP MORGAN CHASE BANK, N.A; CHASE HOME FINANCE LLC; WASHINGTON MUTUAL BANK FA; TITLE TRUST DEED SERVICE COMPANY; and DOES 1-20 inclusive, Case No. 1:12-CV-01671 AWI-SMS.  Title Trust Deed maintains that it

NOTICE OF DECLARATION OF TRUSTEE'S NON-MONETARY
STATUS;  DECLARATION OF RICHARD SAKS

has been named as defendant in this action solely in its capacity as trustee under the subject Deed of Trust. Further, it is Title Trust Deed's reasonable belief that it has not been named as defendant because of any acts or omissions on its part in the performance of its duties as trustee.

3. The complaint seeks causes of action including Declaratory Relief; Injunctive Relief; Accounting; Quiet Title; Breach of Implied Covenant of Good Faith and Fair Dealings; Breach of fiduciary duty; Unjust Enrichment; Wrongful foreclosure; Negligence; Unconscionability; and Violation of RESPA, which are believed to be directed at the co-defendants, and not the trustee. Title Trust Deed believes it has been named simply as a nominal defendant and Plaintiff is not seeking any monetary or other relief against it, other than as a necessary party for purposes of verifying acts taken and/or carrying out any necessary acts in accordance with its position as trustee under the Deed of Trust.

4. Title Trust Deed agrees to be bound by whatever order or judgment is issued by the court regarding the trustee, provided such order or judgment is for non-monetary relief only.

5. This declaration is made pursuant to California Civil Code §2924*l*.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 25, 2013, at Calabasas.

                               _/s/ Richard Saks_____

                               Richard Saks, declarant

NOTICE OF DECLARATION OF TRUSTEE'S NON-MONETARY
STATUS; DECLARATION OF RICHARD SAKS

**PROOF OF SERVICE, C.C.P. § 1013**

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 26679 W. Agoura Rd. Suite 225, Calabasas, California 91302

On February 25, 2013 I served the foregoing document described as **NOTICE OF DECLARATION OF TRUSTEE'S NON-MONETARY STATUS; DECLARATION OF RICHARD SAKS** on the interested parties in said action by placing [ ] the original [X] a true copy thereof in a separate envelope for each of the following named addressees listed below:

**Plaintiffs**
John Charles Heflebower
9653 North Sharon
Fresno, CA 93720

**Counsel for Defendants**
Tina Naicker
Bryan Cave, LLP
333 Market Street
25th Floor
San Francisco, CA 94105

[X] **(BY MAIL)** I then sealed each envelope, placed postage fully prepaid thereon, and;
[ ] deposited each envelope in the United States Mail at Calabasas, California
[X] placed for collection and mailing each sealed envelope to the listed addressee(s). I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Calabasas, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
[ ] **(BY PERSONAL SEVICE)** I delivered or caused to be delivered each envelope by hand to the offices of the addressee(s).
[ ] **(FACSIMILE)** In accordance with CCP § 1013(e). Facsimile numbers to the listed addressee(s) specified along with their respective names and addresses (above or on attached the attached Service List.)
[ ] **(BY OVERNIGHT DELIVERY)** In accordance with CCP § 1013(c).

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 25, 2013 at Calabasas, California.

/s/ Jason J Stillman_____
Jason J. Stillman, Esq.
Attorney for Defendant
Title Trust Deed Service Company
Email: jstillman@gmail.com