has been named as defendant in this action solely in its capacity as trustee under the subject Deed of Trust.  Further, it is Title Trust Deed's reasonable belief that it has not been named as defendant because of any acts or omissions on its part in the performance of its duties as trustee.

3.    The complaint seeks causes of action including Declaratory Relief; Injunctive Relief; Accounting; Quiet Title; Breach of Implied Covenant of Good Faith and Fair Dealings; Breach of fiduciary duty; Unjust Enrichment; Wrongful foreclosure; Negligence; Unconscionability; and Violation of RESPA, which are believed to be directed at the co-defendants, and not the trustee.  Title Trust Deed believes it has been named simply as a nominal defendant and Plaintiff is not seeking any monetary or other relief against it, other than as a necessary party for purposes of verifying acts taken and/or carrying out any necessary acts in accordance with its position as trustee under the Deed of Trust.

4.    Title Trust Deed agrees to be bound by whatever order or judgment is issued by the court regarding the trustee, provided such order or judgment is for non-monetary relief only.

5.    This declaration is made pursuant to California Civil Code §2924*l*.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 25, 2013, at Calabasas.

_____

Richard Saks, declarant

4

NOTICE OF DECLARATION OF TRUSTEE'S NON-MONETARY
STATUS;  DECLARATION OF RICHARD SAKS