(SPACE BELOW FOR FILING STAMP ONLY)

1  Jason J. Stillman, Esq. (245429)
   26679 W. Agoura Rd. Suite 225
2  Calabasas, California 91302
   (818) 871-0056; (818) 871-0300 (fax)
3  jstillman@gmail.com

4

5

6
   Attorney for Defendant,
7  Title Trust Deed Service Company

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                          (FRESNO DIVISION)
11

12 John Charles Heflebower,              )   Case No.:  1:12-CV-01671 AWI-SMS
                                         )
13                                       )   Judge:  Hon Anthony Ishii
                                         )   Magistrate Judge: Sandra M. Snyder
14              Plaintiffs,              )
                                         )   CERTIFICATE OF SERVICE
15 vs.                                   )
                                         )
16 JP MORGAN CHASE BANK, N.A; CHASE      )
   HOME FINANCE LLC; WASHINGTON          )
17 MUTUAL BANK FA; TITLE TRUST DEED      )
   SERVICE COMPANY; and DOES 1-20        )
18 inclusive,                            )
                                         )
19              Defendants.              )
                                         )
20                                       )
21                                       )
22                                       )
23                                       )
24                                       )
25                                       )
26                                       )
27

28

---

1
CERTIFICATE OF SERVICE

**PROOF OF SERVICE, C.C.P. § 1013**

STATE OF CALIFORNIA            )
                                ) ss.
COUNTY OF LOS ANGELES          )

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 26679 W. Agoura Rd. Suite 225, Calabasas, California 91302

On February 25, 2013 I served the foregoing document described as **NOTICE OF DECLARATION OF TRUSTEE'S NON-MONETARY STATUS; DECLARATION OF RICHARD SAKS** on the interested parties in said action by placing [ ] the original [X] a true copy thereof in a separate envelope for each of the following named addressees listed below:

**Plaintiffs**
John Charles Heflebower
9653 North Sharon
Fresno, CA 93720

**Counsel for Defendants**
Tina Naicker
Bryan Cave, LLP
333 Market Street
25th Floor
San Francisco, CA 94105

[X] **(BY MAIL)** I then sealed each envelope, placed postage fully prepaid thereon, and;
[ ] deposited each envelope in the United States Mail at Calabasas, California
[X] placed for collection and mailing each sealed envelope to the listed addressee(s).  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it is deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Calabasas, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
[ ] **(BY PERSONAL SEVICE)** I delivered or caused to be delivered each envelope by hand to the offices of the addressee(s).
[ ] **(FACSIMILE)** In accordance with CCP § 1013(e).  Facsimile numbers to the listed addressee(s) specified along with their respective names and addresses (above or on attached the attached Service List.)
[ ] **(BY OVERNIGHT DELIVERY)** In accordance with CCP § 1013(c).

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 25, 2013 at Calabasas, California.

                        /s/ Jason J Stillman_____
                             Jason J. Stillman, Esq.
                             Attorney for Defendant
                             Title Trust Deed Service Company
                             Email: jstillman@gmail.com