**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN CHARLES HEFLEBOWER, ) | 1:12-cv-01671-AWI-SMS |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING |
| ) | DATE AND TAKING MATTER |
| v. ) | UNDER SUBMISSION |
| ) | |
| JP MORGAN CHASE BANK, NA; ) | (Docs. 30, 41) |
| CHASE HOME FINANCE LLC; ) | |
| WASHINGTON MUTUAL BANK FA; ) | |
| TITLE TRUST DEED SERVICE ) | |
| COMPANY; and DOES 1-20, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Defendant JPMorgan Chase Bank, N.A., has filed a motion (doc. 30) to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), set for hearing on Monday, April 15, 2013 at 1:30 p.m. in Courtroom 2. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). Accordingly, the previously scheduled hearing date of April 15, 2013 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

Plaintiff John Charles Heflebower's verified emergency motion (doc. 41) to continue the hearing on Defendant's motion to dismiss is hereby DENIED as moot. The Court respectfully directs the Clerk of Court to terminate Plaintiff's emergency application for temporary restraining order (doc. 6) as having been resolved by the Court's November 9, 2012 order (doc. 8).

IT IS SO ORDERED.

Dated:     April 11, 2013

_____
SENIOR  DISTRICT  JUDGE