# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHARLES HEFLEBOWER,<br><br>    Plaintiff,<br><br>    v.<br><br>J.P. MORGAN CHASE BANK, N.A., *et al.*,<br><br>    Defendants.<br>_____/ | CASE NO. 1:12-cv-01671-AWI-SMS<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME<br><br>(Doc. 48) |

    On February 27, 2013, Defendant Title Trust Deed Service Company filed a declaration of nonmonetary status, indicating that it had been named solely in its capacity as substitute trustee to the Deed of Trust for the Plaintiff's property and declaring its willingness "to be bound by whatever judgment or order is issued by the court regarding the trustee." Doc. 33. On March 18, 2013, Plaintiff responded to Title Trust's declaration, objecting that the complaint alleged fraudulent behavior by Title Trust. Doc. 35. On April 4, 2013, Title Trust moved to strike Plaintiff's objections as untimely. Doc. 37. On May 2, 2013, the Court vacated the motion hearing scheduled for May 8, 2013, and took the matter under submission. Doc. 47. On May 8, 2013, Plaintiff moved for leave to file an out of time response to the motion, attributing his untimeliness to his "inadvertently neglect[ing] to mail the Response and the Declaration." Doc. 48 at 2.

    Noting that Title Trust's motion focused on Plaintiff's untimely submission of objections to their declaration of nonmonetary status, the Court disagrees with Plaintiff's contention that his own negligence constitutes "good cause." Having elected to bring this case *in propria persona*,

1

Plaintiff is bound by the Federal Rules of Civil Procedure, the local court rules, and all other applicable law.  Local R. 183.

     Accordingly, the Court hereby STRIKES Plaintiff's Motion for Leave to File Out of Time Response and associated documents (Docs. 48, 49, and 50).  The Clerk of Court is directed to serve a copy of this order on Plaintiff by mail.

IT IS SO ORDERED.

**Dated:   May 19, 2013**　　　　　　　　　　　　　　　　　　　　／s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE