**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN CHARLES HEFLEBOWER, | 1:12-cv-1671-AWI-SMS |
| Plaintiff, | **ORDER STRIKING AND AMENDING ORDER** |
| v. | (Doc. 57) |
| JPMORGAN CHASE BANK, NA, et al., | |
| Defendants. | |
| _____/ | |

The Court, referring the parties to its September 27, 2013, order (doc. 57) granting and denying defendant JPMorgan Chase Bank, N.A.'s ("Defendant's") motion (doc. 30) to dismiss the complaint (doc. 1) of plaintiff John Charles Heflebower ("Plaintiff"), hereby STRIKES the language contained in the following portion of the aforesaid order:

- page 16, lines 18-24; and

- page 17, lines 2-5.

The Court further AMENDS the portion of the aforesaid order dismissing Plaintiff's wrongful foreclosure cause of action action "without leave to amend," *see* doc. 57, p. 18, lines 19-20, to

1

read "with leave to amend."  Plaintiff shall have through 4:00 p.m. Pacific Time on Monday, October 28, 2013 to amend all causes of action within the complaint for which leave to re-plead was granted.

IT IS SO ORDERED.

Dated:    October 4, 2013                      _____
                                                               SENIOR  DISTRICT  JUDGE

2