# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN CHARLES HEFLEBOWER,** | **CASE NO. 1:12-CV- 01671-AWI-SMS** |
| Plaintiff, | **ORDER DENYING EX-PARTE MOTION FOR CONTINUANCE AND PRETRIAL HEARING,** |
| v. | |
| **JP MORGAN CHASE BANK, NA; CHASE HOME FINANCE LLC; FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for WASHINGTON MUTUAL BANK FA; TITLE TRUST DEED SERVICE COMPANY; EDDIE TLASECA; CALIFORNIA RECONVEYANCE COMPANY; and DOES 1-20 inclusive,** | **ORDER VACATING HEARING DATE AND TAKING THE MATTER UNDER SUBMISSION** |
| Defendants. | |

Defendant, JP Morgan Chase Bank, N.A., has filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). The motion has been set for hearing in this case on December 23, 2013 at 1:30 p.m.. Local Rule 230(c) provides that "[o]pposition, if any, to the granting of [a] motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed (or continued) hearing date. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect[.] " In order for an opposition to be timely it must have been filed by December 9, 2013. In violation of Local Rule Plaintiff failed to file an opposition or statement of non-opposition by that date. Accordingly, Plaintiff is not entitled to be heard in opposition to the motion to dismiss at oral argument.[1] See Local Rule 230(c).

On December 10, 2013, Plaintiff filed a motion requesting continuance of the hearing on Defendant's motion to dismiss and the setting of a pretrial conference. Plaintiff's motion to

---

[1] Plaintiff is not precluded from filing an untimely opposition to Defendant's Motion to Dismiss.

1

continue is denied. Plaintiffs give no proper reason to continue the hearing.

This Court will allow Plaintiff to file an untimely opposition on or before the December 23, 2013 hearing date. If Plaintiff files an opposition Defendant will have until January 6, 2014 to file any reply. This matter is suitable for decision without oral argument. This Court will take the matter under submission on January 6, 2014.  See Local Rule 230(g)

Plaintiff's motion for the setting of a pretrial hearing date is also denied. The Court will reassess the need for the setting of a pretrial hearing after it issues its decision on Defendant's motion to dismiss.

Therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to continue is DENIED.
2. Plaintiff's motion to set a pretrial hearing is DENIED.
3. The previously set hearing date of December 23, 2013, is VACATED, and the parties shall not appear at that time.
4. As of January 6, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 12, 2013                                    _____
                                                              SENIOR  DISTRICT  JUDGE